No. D–34. IN RE DISBARMENT OF KERR. It having been reported to this Court that Elaine Worley Kerr, of Bailey's Crossroads, Va., has been disbarred from the practice of law in all of the courts of the State of Maryland and disbarred from the practice of law in the District of Columbia, and this Court by order of January 20, 1975 [419 U. S. 1118], having suspended the said Elaine Worley Kerr from the practice of law in this Court and directed that a rule issue requiring her to show cause why she should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that a response has been filed;

It is ordered that the said Elaine Worley Kerr be, and she is hereby, disbarred from the practice of law in this Court and that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. D–35. IN RE DISBARMENT OF RAIMONDI. Thomas Paul Raimondi, of Baltimore, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on January 20, 1975 [419 U. S. 1118], is hereby discharged.

No. 74–157. UNITED HOUSING FOUNDATION, INC., ET AL. v. FORMAN ET AL.; and

No. 74–647. NEW YORK ET AL. v. FORMAN ET AL. C. A. 2d Cir. [Certiorari granted, 419 U. S. 1120.] Motion of petitioners for additional time for oral argument granted and ten additional minutes allotted for that purpose. Respondents allotted ten additional minutes for oral argument.